CARL I. S. MUELLER (SBN 294909)
PATRICK M. MALONEY (SBN 197844)
THE MALONEY FIRM, APC
2381 Rosecrans Ave., Suite 405
El Segundo, California 90245
Telephone: (310) 540-1505
Facsimile: (310) 540-1507
cmueller@maloneyfirm.com
pmaloney@maloneyfirm.com

MATTHEW J. CAVANAGH (Pro Hac Vice pending)
McDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5730
Facsimile: (216) 348-5474
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant
SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>　　　Plaintiff/Counter-Defendant,<br><br>Vs.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>　　　Defendant/Counter-Claimant. | Case No. 8:22-mc-00011-DOC-ADS<br><br>Assigned to Judge David O. Carter and Magistrate Judge Autumn D. Spaeth<br><br>**UNOPPOSED MOTION FOR LEAVE TO ATTEND AUGUST 17, 2022 HEARING REMOTELY**<br><br>Hearing Date: August 17, 2022<br>Time:　　　　10:00 AM<br>Courtroom:　　6B, 6th Floor Ronald Reagan Federal Building |

00197188

1

**UNOPPOSED MOTION FOR LEAVE TO ATTEND AUGUST 17, 2022 HEARING REMOTELY**

**Unopposed Motion for Leave to Attend August 17, 2022 Hearing Remotely**

In accordance with the Court's Standing Orders, Respondent Spectrum Laboratories, LLC moves unopposed to convert the August 17, 2022 Hearing to a remote hearing or, alternatively, to grant leave to allow Spectrum's Ohio-based attorney to attend remotely per the Court's procedures. The good cause for this request is as follows.

1. On July 20, 2022, petitioner Aim High Investment Group, LLC filed this miscellaneous action and moved to compel non-parties Element Santa Fe Springs ("Element") and S&N Labs ("S&N") to comply with document subpoenas issued to them by Aim High.

2. The subpoenas issued from a patent infringement case between Aim High and Spectrum Laboratories, LLC, which is pending in the United States District Court for the District of Nevada, Case No. 2:22-cv-00158-GMN-DJA.

3. Aim High filed here because the subpoenas required compliance in this District because S&N and Element both reside here.

4. This Court set a hearing on Aim High's motion for August 17, 2022 at 10:00 a.m. (PT).

4. Spectrum is an Ohio-based company, and its lead attorneys in this action and the Nevada Action are from the McDonald Hopkins LLC law firm in Cleveland, Ohio.

5. Matthew J. Cavanagh is the Spectrum attorney most familiar with the issues relevant to Aim High's motion, he researched the opposition to the motion, he is the attorney that engaged in the pre-suit settlement discussions with Aim High's counsel at issue, and he has applied to appear in this action pro hac vice.

6. Mr. Cavanagh, however, lives and works in Cleveland, Ohio, which is over 2,000 miles from this Courthouse. Thus, requiring Mr. Cavanagh to appear in-person would require significant air travel, which would result in (a) him losing up to two days

with travel; (b) facing the expenses, burdens, and difficulties associated with such travel; and (c) Spectrum incurring extra legal fees that could be avoided if such travel was not required.

7. Spectrum respectfully submits that Mr. Cavanagh would be able to participate meaningfully and productively in the hearing if it were held by Zoom or teleconference.

8. Furthermore, because the motion is unopposed by Aim High, no party would be prejudiced by the granting of this motion.

For these reasons, Spectrum respectfully asks that the Court convert the August 17, 2022 Hearing to a remote hearing or, alternatively, to allow Mr. Cavanagh to appear by remote means.

Dated: August 5, 2022                    **THE MALONEY FIRM, APC**

                                        */S/ CARL I. S. MUELLER*
                                By: _____
                                        CARL I.S. MUELLER
                                        PATRICK M. MALONEY

                                        **McDONALD HOPKINS LLC**
                                        MATTHEW J. CAVANAGH, ESQ.
                                        (*pro hac vice* application pending)

                                        Attorneys for Defendant/Counter-Claimant
                                        SPECTRUM LABORATORIES, LLC,
                                        an Ohio limited liability company

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

00197188                                3
**UNOPPOSED MOTION FOR LEAVE TO ATTEND AUGUST 17, 2022 HEARING REMOTELY**

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I electronically filed the **UNOPPOSED MOTION FOR LEAVE TO ATTEND AUGUST 17, 2022 HEARING REMOTELY** with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

/s/ Leticia G. Larios

Leticia G. Larios, Employee At

THE MALONEY FIRM APC

ROB PHILLIPS, ESQ.
California Bar No. 175254
Fisher Broyles, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Tel. (702) 518-1239
rob.phillips@fisherbroyles.com

Ryan Gile, Esq
California Bar No. 192802
GILE LAW GROUP, LTD.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288
rg@gilelawgroup.com

Attorneys for Plaintiff/Counter-Defendant Aim High Investment Group, LLC

00197188

i

**PROOF OF SERVICE**