CARL I. S. MUELLER (SBN 294909)
PATRICK M. MALONEY (SBN 197844)
THE MALONEY FIRM, APC
2381 Rosecrans Ave., Suite 405
El Segundo, California 90245
Telephone: (310) 540-1505
Facsimile: (310) 540-1507
cmueller@maloneyfirm.com
pmaloney@maloneyfirm.com

MATTHEW J. CAVANAGH (Pro Hac Vice pending)
McDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5730
Facsimile: (216) 348-5474
mcavanagh@mcdonaldhopkins.com

Attorneys for Defendant
SPECTRUM LABORATORIES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| AIM HIGH INVESTMENT GROUP, LLC,<br><br>   Plaintiff/Counter-Defendant,<br><br>Vs.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>   Defendant/Counter-Claimant. | Case No. 8:22-mc-00011-DOC-ADS<br><br>Assigned to Judge David O. Carter and Magistrate Judge Autumn D. Spaeth<br><br>**DECLARATION OF MATTHEW J. CAVANAGH IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE**<br><br>Hearing Date: August 17, 2022<br>Time:             10:00 AM<br>Courtroom:    6B, 6th Floor<br>Ronald Reagan Federal Building |

00197186

1

**DECLARATION OF MATTHEW J. CAVANAGH IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE**

I, Matthew J. Cavanagh, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify to them.

2. I am a member at the Cleveland, Ohio, law offices of McDonald Hopkins LLC ("McDonald Hopkins" or "MH").

3. I am licensed to practice law in the state of Ohio, before the United States District Court for the Northern District of Ohio, before various other federal courts, before the United States Patent and Trademark Office, and have applied to appear in this action pro hac vice.

4. I am one of the attorneys representing Defendant Spectrum Laboratories, LLC and Non-Parties S&N Labs and Element Santa Fe Springs in this case.

5. I submit this declaration in support of Spectrum's motion to convert the August 17, 2022 Hearing to a remote hearing or, alternatively, to allow me to attend remotely.

6. Spectrum is an Ohio-based company.

7. My law firm, McDonald Hopkins LLC, is Spectrum's lead counsel in this action and the related Nevada action.

8. I live in Cleveland, Ohio, and work at McDonald Hopkins' main office in Cleveland, Ohio.

9. I am the Spectrum attorney most familiar with the issues relevant to Aim High's pending motion to compel in this action, and I was the attorney that engaged in the pre-suit settlement discussions with Aim High's attorney that are at issue.

10. If I were required to attend the August 17 hearing in-person, I would have to fly from Cleveland to Los Angeles and likely rent a car to drive to Santa Ana.

11. I have reviewed available airline flights from Cleveland to Los Angeles International Airport, and my most likely flight arrangements are as follows:

| Depart Cleveland | Aug. 16, 9:30 am (ET) |
|---|---|
| Arrive LAX | Aug. 16, 3:06 pm (PT) |
| Depart LAX | Aug. 17, 10:35 pm (PT) |
| Arrive Cleveland | Aug. 18, 6:08 am (PT) |

12. Thus, I would lose almost two full days traveling from Cleveland to Santa Ana, and would have to stay overnight in a hotel.

13. My client Spectrum Laboratories, LLC also would incur significant legal fees because I bill my time per hour on this matter and would incur my travel costs and expenses.

14. Moreover, this travel would take me away from my professional and personal obligations for two days and impose burdens and expenses that could be avoided with a remote hearing.

15. Since the COVID epidemic hit in March 2020, I have participated effectively in numerous Court hearings remotely by phone and video-conference (e.g., Zoom). If I were to attend the August 17 hearing remotely, I am confident that I could participate effectively without diminishing the hearing.

16. I met and conferred with counsel for Plaintiff AIM HIGH INVESTMENT GROUP, LLC on July 25, 2022 regarding this motion. Plaintiff's counsel confirmed that there was no objection to Defendant Spectrum Laboratories, LLC filing a motion with the Court so that I could appear remotely.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2022

Matthew J. Cavanagh

00197186.docx

**DECLARATION OF MATTHEW J. CAVANAGH IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE**

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I electronically filed the **DECLARATION OF MATTHEW J. CAVANAGH IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE** with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

/s/ Leticia G. Larios

Leticia G. Larios, Employee At

THE MALONEY FIRM APC

ROB PHILLIPS, ESQ.
California Bar No. 175254
Fisher Broyles, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Tel. (702) 518-1239
rob.phillips@fisherbroyles.com

Ryan Gile, Esq
California Bar No. 192802
GILE LAW GROUP, LTD.
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288
rg@gilelawgroup.com

Attorneys for Plaintiff/Counter-Defendant Aim High Investment Group, LLC